UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Kathy Karas-Pasciucco, Esq.
(KKP 7653)
Feitlin, Youngman, Karas & Gerson, LLC
9-10 Saddle River Road
Fair Lawn, NJ 07410

_____

In Re:

 ELIZABETH SUAREZ,

  Debtors.

Case No.: 11-33438-NLW

Judge: Hon.   Novalyn L. Winfield

Chapter 13

**ORDER SHORTENING TIME PERIOD
FOR NOTICE AND SETTING HEARING**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**Page 2**
Debtor: Elizabeth Suarez
Case No.: 11-33438-NLW
Caption of Order: Order Shortening Time Period for Notice and Setting Hearing

_____

   Upon the motion of Kathy Karas-Pasciucco, Esq., of Feitlin, Youngman, Karas & Gerson, LLC, Attorneys for Donna Calabrese, for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

   **ORDERED** as follows:

   1.  The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on <u>September 6, 2011</u> is hereby shortened as set forth herein.

   2.  Hearing shall be conducted on the aforesaid motion/application on _____ ___, 2011 at _____ .m. in the United States Bankruptcy Court _____, Courtroom No. _____.

   3.  True copies of this order, the application for it, and the moving papers shall be served upon _____ by:

   ___ fax,        ___ overnight mail,

   ___ email,       ___ hand delivery,

   ___ regular mail,

   and within

    _____ day(s) of the date hereof, or

    _____ on the same date as the order.

   4.  Immediate telephone notice of entry of this order shall also be given to said parties.

   5.  Any objections to said motion/application:

    ___ Shall be filed and served so as to be received no later than_____

    ___ May be presented at the hearing.

**Page 3**
Debtor: Elizabeth Suarez
Case No.: 11-33438-NLW
Caption of Order: Order Shortening Time Period for Notice and Setting Hearing
_____

      6.      ___ Court appearances will be required to prosecute said motion/application and any objections.

            ___ Any objector may appear by telephone at the hearing.

            ____The hearing will be held by telephone conference call, to be arrange by the applicant.

F:\WP\Billie Jo\kathy\Bello\Motion Vacate Stay\Order.Shortening Time.2