FEITLIN, YOUNGMAN, KARAS & GERSON, LLC
By: Kathy Karas-Pasciucco, Esq. (KKP 7653)
9-10 Saddle River Road
Fair Lawn, NJ 07410
(201) 791-4400
Attorneys for Donna Calabrese

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| IN THE MATTER OF: | : UNITED STATES BANKRUPTCY COURT |
| | :   FOR THE DISTRICT OF NEW JERSEY |
| | : |
| ELIZABETH SUAREZ | : CHAPTER 13 |
| | : |
| | : CASE NO.  11-33438-NLW |
| | : |
| Debtor. | : HONORABLE Novalyn L. Winfield |
| | : |
| | : |

_____

**CERTIFICATION OF MAILING**
_____

Kathy Karas Pasciucco, of full age, hereby certifies as follows:

1. I am a member of the firm of Feitlin, Youngman, Karas & Gerson, LLC, attorneys for Donna Calabrese and I am the person in charge of the prosecution of this matter, in the above entitled matter.

2. On August 11, 2011, at 10:25 a.m. I left a voicemail message for Elizabeth Suarez at 201-505-9434 advising her that the return date of the Notice of Motion is August 15, 2011 at 9:00 a.m.

3. On August 11, 2011, I served Elizabeth Suarez personally through Guaranteed Subpoena Service, Inc. at 2:22 p.m. with a copy of the Order Shortening Time Period For Notice and Setting Hearing (A copy of the proof of service is annexed hereto as Exhibit A).

4. On August 12, 2011, I sent via e-mail communication and facsimile a copy of the Order Shortening Time Period For Notice and Setting Hearing to the Standing Trustee, Ann-Marie Greenberg, Esq. (A copy of the E-Mail, Fax transmittal sheet and Order is annexed hereto as Exhibit

B).

   I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


                    _/s Kathy Karas-Pasciucco_
                    Kathy Karas Pasciucco


Dated: August 12, 2011

F:\WP\Billie Jo\kathy\Bello\Motion Vacate Stay\Cert.of Service3.wpd