UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Kathy Karas-Pasciucco, Esq.
(KKP 7653)
Feitlin, Youngman, Karas & Gerson, LLC
9-10 Saddle River Road
Fair Lawn, NJ 07410

_____

In Re:

  ELIZABETH SUAREZ,

    Debtors.

Case No.: 11-33438-NLW

Judge: Hon.  Novalyn L. Winfield

Chapter 13

## ORDER VACATING STAY WITH PROSPECTIVE RELIEF

    The relief set forth on the following pages, numbered two (2) and three (3) is hereby

**ORDERED.**

**DATED: 08/30/2011**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

*Order Filed on 08/30/2011 by Clerk U.S. Bankruptcy Court District of New Jersey*

**Page 2**
Debtor: Elizabeth Suarez
Case No.: 11-33438-NLW
Caption of Order: Order Vacating Stay

___

Upon the motion of Kathy Karas-Pasciucco, Esq., of Feitlin, Youngman, Karas & Gerson, LLC, Attorneys for Donna Calabrese, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated with prospective relief so that any future bankruptcy filings filed on behalf of Elizabeth Suarez and/or her assigns shall not impede the Suarez' eviction from the premises located at 4 Taryn Court, Woodcliff Lakes, New Jersey;

ORDERED that any bankruptcy filings filed on behalf of debtor's husband, Joseph Suarez and/or his assigns shall not impede the Suarez eviction from premises located at 4 Taryn Court, Woodcliff Lakes, New Jersey;

ORDERED that Debtor(s) shall have thirty (30) days from August 22, 2011 or until September 21, 2011 to vacate the premises located at 4 Taryn Court, Woodcliff Lakes, New Jersey.

ORDERED that the Bergen County Constable be and is hereby empowered to execute on the Warrant of Removal to evict Suarez from 4 Taryn Court, Woodcliff Lakes, New Jersey on September 22, 2011;

ORDERED that Donna Calabrese shall have the right to immediately take steps to market the premises located at 4 Taryn Court, Woodcliff Lake, New Jersey.

It is further ORDERED that debtor must reimburse Donna Calabrese for attorneys fees and costs in the amount of $_____.

**Page 3**

*Approved by Judge Novalyn L. Winfield August 30, 2011*

Debtor: Elizabeth Suarez
Case No.: 11-33438-NLW
Caption of Order: Order Vacating Stay

_____

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Approved by Judge Novalyn L. Winfield August 30, 2011*