UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on
**09/19/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

### ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 09/19/2011**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

SO 2

**(Page 2)**

Debtor:

Case No:

Caption of Order: ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEE

---

Upon the motion of _____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ , 20 \_\_\_\_, a copy of the foregoing order was served on each of the following:

JAMES J. WALDRON, Clerk

*Approved by Judge Novalyn L. Winfield September 19, 2011*