Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 11–33438–NLW
        Chapter: 13
        Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth Suarez
   4 Taryn Court
   Woodcliff Lake, NJ 07677

Social Security No.:
   xxx–xx–3335

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on September 20, 2011, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 22 – 14
Order Dismissing Case for Debtor (related document:[14] Notice of Hearing re: For Failure to Pay Filing Fee ). The following parties were served: Debtor, Trustee and US Trustee.. Signed on 9/19/2011. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 20, 2011
JJW: jf

                                                         James J. Waldron
                                                         Clerk