Order Filed on
09/19/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>Elizabeth Suarez | Case No.: 11-33438<br><br>Hearing Date: August 30, 2011<br><br>Judge: Novalyn L. Winfield |
|---|---|

### ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 09/19/2011**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

SO 2

**(Page 2)**

Debtor:     Elizabeth Suarez

Case No:    11-33438

Caption of Order: ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEE

Upon the motion of _____the court_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____July 1_____ , 20 __08__ , a copy of the foregoing order was served on each of the following:

Debtor, debtor's counsel and trustee

JAMES J. WALDRON, Clerk

*Approved by Judge Novalyn L. Winfield September 19, 2011*

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth Suarez  
       Debtor

Case No. 11-33438-NLW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: jfilguei      Page 1 of 1      Date Rcvd: Sep 20, 2011  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2011.  
db         +Elizabeth Suarez,    4 Taryn Court,    Woodcliff Lake, NJ 07677-8414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**                                **Signature:** _Joseph Speetjens_